1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREW SANCHEZ,                         ) Case No. EDCV 15-1907 RGK(JC)
                                        )
                Petitioner,             )
                                        )
        v.                              ) JUDGMENT
                                        )
W.L. MONTGOMERY,                        )
                                        )
                Respondent.             )

        Pursuant to this Court's Order Dismissing Petition for Writ of Habeas

Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ

of Habeas Corpus filed in this action and this action are dismissed without

prejudice.


        DATED: September 22, 2015



                                  _____
                                  HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE